UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 04-23170-AJM-7A |
| ) | |
| CARLOS EUGENIO ARIAS ) | |
| SAMANTHA RAE ARIAS, ) | |
|     Debtor(s). ) | |

**APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT**

    Comes now Randall L. Woodruff, Trustee, and in support of his Application to Pay Unclaimed Funds into the Court, would show the Court as follows:

    1.    On or about September 2, 2008, the Trustee filed a Motion for Authority to Intercept Debtors' 2008 Tax Refund because the debtors still owed $2582.00 of their 2004 tax refund to their bankruptcy estate and said motion was granted on September 3, 2009.

    2.    On April 13, 2009, the Trustee received the 2008 federal tax refund for Debtor Samantha Arias in the amount of $6581.00 of which only $2582.00 belongs to the bankruptcy estate.

    3.    Both the Trustee and debtors' attorney have tried to locate a current address for Samantha Arias but they have not been successful.

    4.    The Trustee requests, pursuant to 11 U.S.C. § 347, permission to pay over to the United States Bankruptcy Court the sum of $3999.00 as unclaimed funds in the bankruptcy estate to be held for Debtor Samantha Arias.

    WHEREFORE, Randall L. Woodruff, Trustee, respectfully requests the Court to allow him to pay over to the United States Bankruptcy Court, as unclaimed funds, the sum of $3999.00, which total sum was previously issued to debtor Samantha Arias as the portion of her intercepted 2008 tax refund that does not belong to the bankruptcy estate, and for all other relief proper in the premises.

    /s/ Randall L. Woodruff
    _____
    Randall L. Woodruff, Trustee

**Prepared by:**
**Woodruff Law Offices, P.C.**
**Randall L. Woodruff, Attorney at Law**
**Attorney # 2302-48**
**115-A East Ninth Street**
**Anderson, IN  46016-1509**
**Telephone (765) 644-6464**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certified that a copy of the foregoing has been served personally, electronically or by depositing same in the U.S. mail, first-class postage prepaid, on June 2, 2009, upon the following person(s):
    U.S. Trustee
    Debtor and counsel
    Interveners and parties in interest

    /s/ Randall L. Woodruff
    _____

Case 04-23170-AJM-7A    Doc 37    Filed 06/02/09    EOD 06/02/09 15:58:14    Pg 2 of 2