SO ORDERED: June 08, 2009.



Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 04-23170-AJM-7 |
| | ) |
| CARLOS EUGENIO ARIAS | ) |
| SAMANTHA RAE ARIAS, | ) |
|     Debtor(s). | ) |

**ORDER**

    Comes now Randall L. Woodruff, Trustee, and files his Application to Pay Unclaimed Funds into the Court, which is on file with the Court and a part of the record of proceedings herein. And the Court, having read the same and being duly advised in the premises, now finds that said motion should be and hereby is GRANTED.

    IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Trustee shall, pay to the U.S. Bankruptcy Court the sum of $3999.00 as unclaimed funds for the Debtor Samantha Rae Arias whose last known address is 3933 Hoosier Woods, Anderson, IN 46013..

####

**Prepared by:**
**Randall L. Woodruff, Attorney at Law, #2302-48**
**Woodruff Law Offices, P.C.**
**115-A East Ninth Street**
**Anderson, IN 46016**
**Tel. 765-644-6464**
**Email: rlwtrustee@comcast.net**