UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:                                                         §         Case No. 04-23170-AJM-7
                                                               §
CARLOS EUGENIO ARIAS                                           §
SAMANTHA RAE ARIAS                                             §
                                                               §
                                                               §
           Debtor(s)                                           §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 12/21/2004. The undersigned trustee was appointed on 12/21/2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $9,223.16

    Funds were disbursed in the following amounts:

    Administrative expenses                                                  $0.00
    Payments to creditors                                                    $0.00
    Non-estate funds paid to 3rd Parties                                   $3,999.00
    Payments to the debtor(s)                                                $0.00

    Leaving a balance on hand of[1]                                          $5,224.16

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

6.  The deadline for filing claims in this case was 08/24/2005.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,272.42.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,272.42, for a total compensation of $1,272.42.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $68.81, for total expenses of $68.81.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2010          By:   /s/ Randall L. Woodruff
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
| --- | --- | --- | --- |
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Date Filed (f) or Converted (c): | 12/21/2004 (f) |
| For the Period Ending: | 1/7/2010 | §341(a) Meeting Date: | 02/08/2005 |
| | | Claims Bar Date: | 08/24/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CASH ON HAND | $20.00 | $0.00 | OA | $0.00 | FA |
| 2 | BANK ACCOUNTS | $30.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | National City Bank Checking Account | | | | | |
| 3 | SECURITY DEPOSITS | $50.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | City of Anderson Utilities | | | | | |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | $500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Furniture, TV, DVD, VCR, Washer, Dryer, Computer | | | | | |
| 5 | FURS AND JEWELRY | $50.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Wedding Rings | | | | | |
| 6 | TAX REFUNDS | $1,200.00 | $5,167.00 | | $9,166.00 | FA |
| Asset Notes: | Estimated Refund-1200; Actual Refund-5167.00 | | | | | |
| 7 | AUTOMOBILES AND OTHER VEHICLES | $5,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 1998 Pontiac Montana Van | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $57.16 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $6,850.00 | $5,167.00 | | $9,223.16 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**
12/01/2009    Omnibus Objection to Claims filed.  Response due by 1/5/2010.

**Initial Projected Date Of Final Report (TFR):** 02/24/2006     **Current Projected Date Of Final Report (TFR):** 10/24/2009

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2315 | | Money Market Acct #: | ******9265 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/21/2004 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2005 | (6) | Samantha Arias | partial payment of 2004 tax refund (bal. = $2982.00) | 1124-000 | $2,185.00 | | $2,185.00 |
| 02/28/2005 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | $0.25 | | $2,185.25 |
| 03/02/2005 | (6) | Samantha Arias | partial turnover of 2004 tax refund | 1124-000 | $100.00 | | $2,285.25 |
| 03/31/2005 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | $0.68 | | $2,285.93 |
| 04/04/2005 | (6) | SAMANTHA R. ARIAS | PARTIAL REPAYMENT OF 2004 TAX REFUND | 1124-000 | $100.00 | | $2,385.93 |
| 04/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.68 | | $2,386.61 |
| 05/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.71 | | $2,387.32 |
| 06/15/2005 | (6) | Carlos and Samantha Arias | partial payment of '04 tax refund | 1124-000 | $100.00 | | $2,487.32 |
| 06/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | $0.78 | | $2,488.10 |
| 07/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $0.86 | | $2,488.96 |
| 08/01/2005 | (6) | Samantha Arias | partial payment of '04 tax refund | 1124-000 | $100.00 | | $2,588.96 |
| 08/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $0.99 | | $2,589.95 |
| 09/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | $1.02 | | $2,590.97 |
| 10/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $1.13 | | $2,592.10 |
| 11/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $1.17 | | $2,593.27 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $1.30 | | $2,594.57 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.46 | | $2,596.03 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.39 | | $2,597.42 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.54 | | $2,598.96 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $1.65 | | $2,600.61 |
| 05/12/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest Earned For May 2006 | 1270-000 | $0.57 | | $2,601.18 |
| 05/12/2006 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,601.18 | $0.00 |

SUBTOTALS   $2,601.18   $2,601.18

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******9265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $2,601.18 | $2,601.18 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,601.18 | |
| | | | **Subtotal** | | $2,601.18 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,601.18 | $0.00 | |

| For the period of 12/21/2004 to 1/7/2010 | | For the entire history of the account between 02/14/2005 to 1/7/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,601.18 | Total Compensable Receipts: | $2,601.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,601.18 | Total Comp/Non Comp Receipts: | $2,601.18 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,601.18 | Total Internal/Transfer Disbursements: | $2,601.18 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 04-23170-AJM-7 | **Trustee Name:** | Randall L. Woodruff |
|---|---|---|---|
| **Case Name:** | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2315 | **Checking Acct #:** | ******3170 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 12/21/2004 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 1/7/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/17/2009 | | Transfer From Acct#8119043170 | Trustee intercepted Samantha Arias' 2008 tax refund because debtors still owed money to bankruptcy estate for 2005 tax refund. | 9999-000 | $3,999.00 | | $3,999.00 |
| 04/18/2009 | 1001 | Samantha Arias | Refund portion of debtor's 2008 tax refund that does not belong to bankruptcy estate. Trustee intercepted 2008 tax refund because debtors' had not paid what they owed to their bankruptcy estate. | 8500-002 | | $3,999.00 | $0.00 |
| 06/09/2009 | 1001 | VOID: Samantha Arias | Trustee and debtor's attorney cannot locate debtor Samantha Arias. Trustee has received Court approval to turn over portion of 2008 intercepted refund that does not belong to bankruptcy estate to Bankruptcy Court. | 8500-003 | | ($3,999.00) | $3,999.00 |
| 06/09/2009 | 1002 | Clerk, U.S. Bankruptcy Court | Trustee intercepted debtors' 2008 tax refund. He received refund for Samantha Arias but cannot locate her to return the portion of her 2008 tax refund that does not belong to bankruptcy estate so he is turning it over to Bankruptcy Court pursuant to Court Order of 6/8/09. | 8500-000 | | $3,999.00 | $0.00 |

                                                                                                                                            **SUBTOTALS**   $3,999.00    $3,999.00

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Checking Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $3,999.00 | $3,999.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $3,999.00 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $3,999.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $3,999.00 | |

| For the period of 12/21/2004 to 1/7/2010 | | For the entire history of the account between 04/17/2009 to 1/7/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,999.00 | Total Internal/Transfer Receipts: | $3,999.00 |
| | | | |
| Total Compensable Disbursements: | $3,999.00 | Total Compensable Disbursements: | $3,999.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,999.00 | Total Comp/Non Comp Disbursements: | $3,999.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2006 | | JPMORGAN CHASE BANK, N.A. | Transfer Funds | 9999-000 | $2,601.18 | | $2,601.18 |
| 05/31/2006 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.94 | | $2,602.12 |
| 06/30/2006 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.50 | | $2,603.62 |
| 07/31/2006 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.55 | | $2,605.17 |
| 08/31/2006 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.55 | | $2,606.72 |
| 09/29/2006 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.50 | | $2,608.22 |
| 10/31/2006 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.55 | | $2,609.77 |
| 11/30/2006 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.50 | | $2,611.27 |
| 12/29/2006 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.55 | | $2,612.82 |
| 01/31/2007 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.55 | | $2,614.37 |
| 02/28/2007 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.40 | | $2,615.77 |
| 03/30/2007 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.56 | | $2,617.33 |
| 04/30/2007 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.51 | | $2,618.84 |
| 05/31/2007 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.56 | | $2,620.40 |
| 06/29/2007 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.51 | | $2,621.91 |
| 07/31/2007 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.56 | | $2,623.47 |
| 08/31/2007 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.56 | | $2,625.03 |
| 09/28/2007 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.42 | | $2,626.45 |
| 10/31/2007 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.34 | | $2,627.79 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.30 | | $2,629.09 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.34 | | $2,630.43 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.27 | | $2,631.70 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.04 | | $2,632.74 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.02 | | $2,633.76 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.86 | | $2,634.62 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.89 | | $2,635.51 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.86 | | $2,636.37 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.83 | | $2,637.20 |
| | | | **SUBTOTALS** | | $2,637.20 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.67 | | $2,637.87 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.65 | | $2,638.52 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.51 | | $2,639.03 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.34 | | $2,639.37 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.28 | | $2,639.65 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.22 | | $2,639.87 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 | | $2,640.07 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.17 | | $2,640.24 |
| 04/13/2009 | (6) | United States Treasury | Trustee intercepted 2008 tax refund to recover portion of 2004 tax refund still not paid to bankruptcy estate. | 1224-000 | $6,581.00 | | $9,221.24 |
| 04/17/2009 | | Transfer To Acct#7119043170 | Trustee intercepted Samantha Arias' 2008 tax refund because debtors still owed money to bankruptcy estate for 2004 tax refund. | 9999-000 | | $3,999.00 | $5,222.24 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.19 | | $5,222.43 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 | | $5,222.65 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 | | $5,222.86 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.22 | | $5,223.08 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.22 | | $5,223.30 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $5,223.51 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.22 | | $5,223.73 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $5,223.94 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 | | $5,224.16 |

SUBTOTALS  $6,585.96   $3,999.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $9,223.16 | $3,999.00 | $5,224.16 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $2,601.18 | $3,999.00 | |
|  |  |  | Subtotal | | $6,621.98 | $0.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $6,621.98 | $0.00 | |

**For the period of 12/21/2004 to 1/7/2010**

| | |
|---|---|
| Total Compensable Receipts: | $6,621.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,621.98 |
| Total Internal/Transfer Receipts: | $2,601.18 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,999.00 |

**For the entire history of the account between 05/12/2006 to 1/7/2010**

| | |
|---|---|
| Total Compensable Receipts: | $6,621.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,621.98 |
| Total Internal/Transfer Receipts: | $2,601.18 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,999.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,223.16 | $3,999.00 | $5,224.16 |

**For the period of 12/21/2004 to 1/7/2010**

| Total Compensable Receipts: | $9,223.16 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,223.16 |
| Total Internal/Transfer Receipts: | $6,600.18 |
| | |
| Total Compensable Disbursements: | $3,999.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,999.00 |
| Total Internal/Transfer Disbursements: | $6,600.18 |

**For the entire history of the case between 12/21/2004 to 1/7/2010**

| Total Compensable Receipts: | $9,223.16 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,223.16 |
| Total Internal/Transfer Receipts: | $6,600.18 |
| | |
| Total Compensable Disbursements: | $3,999.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,999.00 |
| Total Internal/Transfer Disbursements: | $6,600.18 |

**CLAIM ANALYSIS REPORT**                                                             Page No.: 1        Exhibit C

| Case No.: | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Date: | 1/7/2010 |
| Claims Bar Date: | 08/24/2005 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSET ACCEPTANCE LLC/ ASSIGNEE SBC<br>PO Box 2036<br>Warren MI 48090 | 06/02/2005 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $339.92 | $339.92 | $0.00 | $0.00 | $0.00 | $339.92 |
| 2 | CHASE BANK/BANK ONE<br>P.O. Box 100043<br>Kennesaw GA 30156-9243 | 06/13/2005 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,723.48 | $3,723.48 | $0.00 | $0.00 | $0.00 | $3,723.48 |
| * 2a | CHASE BANK/BANK ONE<br>P.O. Box 100043<br>Kennesaw GA 30156-9243 | 06/13/2005 | Secured | Disallowed | 4210-000 | $0.00 | $1,343.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| * 3 | COLLECTION ASSOCIATES<br>PO Box 349<br>Greensburg, IN. 47240 | 07/14/2005 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $164.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COLLECTION ASSOCIATES<br>PO Box 349<br>Greensburg, IN. 47240 | 07/15/2005 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $164.00 | $164.00 | $0.00 | $0.00 | $0.00 | $164.00 |
| 5 | AMERICAN AIRLINES FEDERAL CREDIT UNION<br>MD 2100 PO Box 619001<br>Dallas-Ft Worth Airport TX 75261-9001 | 08/15/2005 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $218.53 | $218.53 | $0.00 | $0.00 | $0.00 | $218.53 |
| | | | | | | $5,953.08 | $4,445.93 | $0.00 | $0.00 | $0.00 | $4,445.93 |

\* There is an objection filed for this claim

| Case No. | 04-23170-AJM-7 | | | | **Trustee Name:** | Randall L. Woodruff |
|---|---|---|---|---|---|---|
| **Case Name:** | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | | | | **Date:** | 1/7/2010 |
| **Claims Bar Date:** | 08/24/2005 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $4,609.93 | $4,445.93 | $0.00 | $0.00 | $0.00 | $4,445.93 |
| Secured | $1,343.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       04-23170-AJM-7
Case Name:      CARLOS EUGENIO ARIAS
                SAMANTHA RAE ARIAS
Trustee Name:   Randall L. Woodruff

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Randall L. Woodruff | $1,272.42 | $0.00 |
| Other Trustee, Woodruff Law Offices, P.C. | $0.00 | $68.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,445.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.3%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---:|---|---:|---:|
| 1 | Asset Acceptance LLC/ ASSIGNEE SBC | $339.92 | $296.87 |
| 2 | Chase Bank/Bank One | $3,723.48 | $3,251.97 |
| 4 | Collection Associates | $164.00 | $143.23 |
| 5 | American Airlines Federal Credit Union | $218.53 | $190.86 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.