UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 04-23170-AJM-7 |
| | § | |
| CARLOS EUGENIO ARIAS | § | |
| SAMANTHA RAE ARIAS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Randall L. Woodruff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,650.00 | Assets Exempt: | $650.00 |
| Total Distributions to Claimants: | $3,883.68 | Claims Discharged Without Payment: | $39,709.82 |
| Total Expenses of Administration: | $1,341.23 | | |

3) Total gross receipts of $9,223.91 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,999.00 (see **Exhibit 2),** yielded net receipts of $5,224.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $8,587.24 | $1,343.15 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,341.23 | $1,341.23 | $1,341.23 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,443.28 | $4,609.93 | $4,445.93 | $3,883.68 |
| **Total Disbursements** | $53,030.52 | $7,294.31 | $5,787.16 | $5,224.91 |

4). This case was originally filed under chapter 7 on 12/21/2004. The case was pending for 68 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2010         By:  /s/ Randall L. Woodruff
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | $9,166.00 |
| Interest Earned | 1270-000 | $57.91 |
| **TOTAL GROSS RECEIPTS** | | **$9,223.91** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | Funds to Third Parties | 8500-000 | $3,999.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,999.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank/Bank One | 4210-000 | NA | $1,343.15 | $0.00 | $0.00 |
| Pace Setter Bank | 4210-000 | $8,587.24 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$8,587.24** | **$1,343.15** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Randall L. Woodruff, Trustee | 2100-000 | NA | $1,272.42 | $1,272.42 | $1,272.42 |
| Woodruff Law Offices, P.C., Trustee | 2200-000 | NA | $68.81 | $68.81 | $68.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,341.23** | **$1,341.23** | **$1,341.23** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (9/1/2009)**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Airlines Federal Credit Union | 7100-000 | $224.00 | $218.53 | $218.53 | $190.89 |
| Anderson Public Library | 7100-000 | $219.00 | NA | NA | $0.00 |
| Asset Acceptance LLC/ ASSIGNEE SBC | 7100-000 | $262.00 | $339.92 | $339.92 | $296.94 |
| Atlas Collections Inc | 7100-000 | $385.00 | NA | NA | $0.00 |
| Brookview Apts | 7100-000 | $500.00 | NA | NA | $0.00 |
| Brookview Apts | 7100-000 | $909.00 | NA | NA | $0.00 |
| Collection Associates | 7100-000 | NA | $164.00 | $0.00 | $0.00 |
| Collection Associates | 7100-000 | NA | $164.00 | $164.00 | $143.26 |
| Collection Specialists | 7100-000 | $2,060.00 | NA | NA | $0.00 |
| Insight Communications | 7100-000 | $62.00 | NA | NA | $0.00 |
| JD Byrider | 7100-000 | $7,208.00 | NA | NA | $0.00 |
| JL Hair Realty Company | 7100-000 | $3,517.28 | NA | NA | $0.00 |
| Kroger Company | 7100-000 | $194.00 | NA | NA | $0.00 |
| Landmark Accounts | 7100-000 | $3,447.00 | NA | NA | $0.00 |
| Madison County Community Health Centers, Inc | 7100-000 | $1,154.66 | NA | NA | $0.00 |
| MCI Consumer Markets | 7100-000 | $35.76 | NA | NA | $0.00 |
| MTS Business Services | 7100-000 | $6,000.00 | NA | NA | $0.00 |
| Mutual H CLCTN | 7100-000 | $1,027.00 | NA | NA | $0.00 |
| SBC of Indiana | 7100-000 | $328.00 | NA | NA | $0.00 |
| Scholastic Books | 7100-000 | $53.86 | NA | NA | $0.00 |
| Sprint | 7100-000 | $102.85 | NA | NA | $0.00 |
| Sprint PCS | 7100-000 | $138.39 | NA | NA | $0.00 |
| St. John's Hospital | 7100-000 | $79.00 | NA | NA | $0.00 |
| Warren Township Fire Dept | 7100-000 | $140.00 | NA | NA | $0.00 |
| Capital One | 7100-900 | $487.07 | NA | NA | $0.00 |
| Capital One | 7100-900 | $308.07 | NA | NA | $0.00 |
| Chase Bank/Bank One | 7100-900 | $4,809.71 | $3,723.48 | $3,723.48 | $3,252.59 |
| Citifinancial Retail Services | 7100-900 | $1,604.78 | NA | NA | $0.00 |
| First North American | 7100-900 | $4,196.19 | NA | NA | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| National Bank | | | | | |
| HH Gregg | 7100-900 | $1,260.53 | NA | NA | $0.00 |
| Leath | 7100-900 | $3,155.00 | NA | NA | $0.00 |
| Meijer | 7100-900 | $575.13 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $44,443.28 | $4,609.93 | $4,445.93 | $3,883.68 |

**UST Form 101-7-TDR (9/1/2009)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Date Filed (f) or Converted (c): | 12/21/2004 (f) |
| For the Period Ending: | 8/31/2010 | §341(a) Meeting Date: | 02/08/2005 |
| | | Claims Bar Date: | 08/24/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  CASH ON HAND | $20.00 | $0.00 | OA | $0.00 | FA |
| 2  BANK ACCOUNTS | $30.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: National City Bank Checking Account | | | | | |
| 3  SECURITY DEPOSITS | $50.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: City of Anderson Utilities | | | | | |
| 4  HOUSEHOLD GOODS AND FURNISHINGS | $500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Furniture, TV, DVD, VCR, Washer, Dryer, Computer | | | | | |
| 5  FURS AND JEWELRY | $50.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Wedding Rings | | | | | |
| 6  TAX REFUNDS | $1,200.00 | $5,167.00 | | $9,166.00 | FA |
| Asset Notes: Estimated Refund-1200; Actual Refund-5167.00 | | | | | |
| 7  AUTOMOBILES AND OTHER VEHICLES | $5,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: 1998 Pontiac Montana Van | | | | | |
| INT  Interest Earned (u) | Unknown | Unknown | | $57.91 | FA |

**TOTALS (Excluding unknown value)**

| | $6,850.00 | $5,167.00 | | $9,223.91 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
08/31/2010   TDR submitted to US Trustee

**Initial Projected Date Of Final Report (TFR):** 02/24/2006      **Current Projected Date Of Final Report (TFR):** 01/07/2010

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2315 | | Money Market Acct #: | ******9265 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 12/21/2004 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/31/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2005 | (6) | Samantha Arias | partial payment of 2004 tax refund (bal. = $2982.00) | 1124-000 | $2,185.00 | | $2,185.00 |
| 02/28/2005 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | $0.25 | | $2,185.25 |
| 03/02/2005 | (6) | Samantha Arias | partial turnover of 2004 tax refund | 1124-000 | $100.00 | | $2,285.25 |
| 03/31/2005 | (INT) | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | $0.68 | | $2,285.93 |
| 04/04/2005 | (6) | SAMANTHA R. ARIAS | PARTIAL REPAYMENT OF 2004 TAX REFUND | 1124-000 | $100.00 | | $2,385.93 |
| 04/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.68 | | $2,386.61 |
| 05/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | $0.71 | | $2,387.32 |
| 06/15/2005 | (6) | Carlos and Samantha Arias | partial payment of '04 tax refund | 1124-000 | $100.00 | | $2,487.32 |
| 06/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | $0.78 | | $2,488.10 |
| 07/29/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $0.86 | | $2,488.96 |
| 08/01/2005 | (6) | Samantha Arias | partial payment of '04 tax refund | 1124-000 | $100.00 | | $2,588.96 |
| 08/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | $0.99 | | $2,589.95 |
| 09/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | $1.02 | | $2,590.97 |
| 10/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $1.13 | | $2,592.10 |
| 11/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $1.17 | | $2,593.27 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $1.30 | | $2,594.57 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.46 | | $2,596.03 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.39 | | $2,597.42 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.54 | | $2,598.96 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $1.65 | | $2,600.61 |
| 05/12/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest Earned For May 2006 | 1270-000 | $0.57 | | $2,601.18 |
| 05/12/2006 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,601.18 | $0.00 |

SUBTOTALS  $2,601.18  $2,601.18

FORM 2

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 04-23170-AJM-7 |
| **Case Name:** | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE |
| **Primary Taxpayer ID #:** | ******2315 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 12/21/2004 |
| **For Period Ending:** | 8/31/2010 |

| | |
|---|---|
| **Trustee Name:** | Randall L. Woodruff |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******9265 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,601.18 | $2,601.18 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,601.18 | |
| | | | **Subtotal** | | $2,601.18 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,601.18 | $0.00 | |

**For the period of 12/21/2004 to 8/31/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $2,601.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,601.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,601.18 |

**For the entire history of the account between 02/14/2005 to 8/31/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $2,601.18 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,601.18 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,601.18 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Checking Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/31/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2009 | | Transfer From Acct#******3170 | Trustee intercepted Samantha Arias' 2008 tax refund because debtors still owed money to bankruptcy estate for 2005 tax refund. | 9999-000 | $3,999.00 | | $3,999.00 |
| 04/18/2009 | 1001 | Samantha Arias | Refund portion of debtor's 2008 tax refund that does not belong to bankruptcy estate. Trustee intercepted 2008 tax refund because debtors' had not paid what they owed to their bankruptcy estate. | 8500-002 | | $3,999.00 | $0.00 |
| 06/09/2009 | 1001 | VOID: Samantha Arias | Trustee and debtor's attorney cannot locate debtor Samantha Arias. Trustee has received Court approval to turn over portion of 2008 intercepted refund that does not belong to bankruptcy estate to Bankruptcy Court. | 8500-003 | | ($3,999.00) | $3,999.00 |
| 06/09/2009 | 1002 | Clerk, U.S. Bankruptcy Court | Trustee intercepted debtors' 2008 tax refund. He received refund for Samantha Arias but cannot locate her to return the portion of her 2008 tax refund that does not belong to bankruptcy estate so he is turning it over to Bankruptcy Court pursuant to Court Order of 6/8/09. | 8500-000 | | $3,999.00 | $0.00 |
| 04/16/2010 | | Transfer From: MMA # ******3170 | Transfer to Close Account | 9999-000 | $5,224.91 | | $5,224.91 |
| 04/16/2010 | 1003 | Woodruff Law Offices, P.C. | Trustee Expenses | 2200-000 | | $68.81 | $5,156.10 |
| 04/16/2010 | 1004 | Randall L. Woodruff | Trustee Compensation | 2100-000 | | $1,272.42 | $3,883.68 |
| 04/16/2010 | 1005 | Asset Acceptance LLC/ ASSIGNEE SBC | Final Account Number: 6260;Payment for claim #1 | 7100-000 | | $296.94 | $3,586.74 |
| 04/16/2010 | 1006 | Chase Bank/Bank One | Final Account Number: 6731; | 7100-000 | | $3,252.59 | $334.15 |
| 04/16/2010 | 1007 | Collection Associates | Final Account Number: 9587/8566/1767; Payment for claim #4 | 7100-000 | | $143.26 | $190.89 |
| 04/16/2010 | 1008 | American Airlines Federal Credit Union | Final Account Number: 2389;Payment for claim #5 | 7100-000 | | $190.89 | $0.00 |
| 07/19/2010 | 1006 | Stop Payment for Check# 1006 | Stale check | 7100-004 | | ($3,252.59) | $3,252.59 |
| 07/19/2010 | 1009 | Cardmember Services | Final Account Number 6731; Payment for claim #2 after talking to creditor and finding new address. | 7100-900 | | $3,252.59 | $0.00 |

| | | | | SUBTOTALS | $9,223.91 | $9,223.91 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Checking Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/31/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $9,223.91 | $9,223.91 | $0.00 |
| | | | Less: Bank transfers/CDs | | $9,223.91 | $0.00 | |
| | | | Subtotal | | $0.00 | $9,223.91 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $9,223.91 | |

**For the period of 12/21/2004 to 8/31/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,223.91 |
| | |
| Total Compensable Disbursements: | $9,223.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,223.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/17/2009 to 8/31/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,223.91 |
| | |
| Total Compensable Disbursements: | $9,223.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,223.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 04-23170-AJM-7A   Doc 53   Filed 09/22/10   EOD 09/22/10 14:57:50   Pg 11 of 14

Page No: 5  Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/31/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2006 | | JPMORGAN CHASE BANK, N.A. | Transfer Funds | 9999-000 | $2,601.18 | | $2,601.18 |
| 05/31/2006 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.94 | | $2,602.12 |
| 06/30/2006 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.50 | | $2,603.62 |
| 07/31/2006 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.55 | | $2,605.17 |
| 08/31/2006 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.55 | | $2,606.72 |
| 09/29/2006 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.50 | | $2,608.22 |
| 10/31/2006 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.55 | | $2,609.77 |
| 11/30/2006 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.50 | | $2,611.27 |
| 12/29/2006 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.55 | | $2,612.82 |
| 01/31/2007 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.55 | | $2,614.37 |
| 02/28/2007 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.40 | | $2,615.77 |
| 03/30/2007 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.56 | | $2,617.33 |
| 04/30/2007 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.51 | | $2,618.84 |
| 05/31/2007 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.56 | | $2,620.40 |
| 06/29/2007 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.51 | | $2,621.91 |
| 07/31/2007 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.56 | | $2,623.47 |
| 08/31/2007 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.56 | | $2,625.03 |
| 09/28/2007 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.42 | | $2,626.45 |
| 10/31/2007 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.34 | | $2,627.79 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.30 | | $2,629.09 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.34 | | $2,630.43 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.27 | | $2,631.70 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.04 | | $2,632.74 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.02 | | $2,633.76 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.86 | | $2,634.62 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.89 | | $2,635.51 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.86 | | $2,636.37 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.83 | | $2,637.20 |
| | | | SUBTOTALS | | $2,637.20 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
| --- | --- | --- | --- |
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/31/2010 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.67 |  | $2,637.87 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.65 |  | $2,638.52 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.51 |  | $2,639.03 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.34 |  | $2,639.37 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.28 |  | $2,639.65 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.22 |  | $2,639.87 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 |  | $2,640.07 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.17 |  | $2,640.24 |
| 04/13/2009 | (6) | United States Treasury | Trustee intercepted 2008 tax refund to recover portion of 2004 tax refund still not paid to bankruptcy estate. | 1224-000 | $6,581.00 |  | $9,221.24 |
| 04/17/2009 |  | Transfer To Acct#******3170 | Trustee intercepted Samantha Arias' 2008 tax refund because debtors still owed money to bankruptcy estate for 2004 tax refund. | 9999-000 |  | $3,999.00 | $5,222.24 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.19 |  | $5,222.43 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.22 |  | $5,222.65 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.21 |  | $5,222.86 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.22 |  | $5,223.08 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.22 |  | $5,223.30 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 |  | $5,223.51 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.22 |  | $5,223.73 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 |  | $5,223.94 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 |  | $5,224.16 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.22 |  | $5,224.38 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 |  | $5,224.58 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.22 |  | $5,224.80 |
| 04/16/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 4/16/2010 | 1270-000 | $0.11 |  | $5,224.91 |
| 04/16/2010 |  | Transfer To:  # ******3170 | Transfer to Close Account | 9999-000 |  | $5,224.91 | $0.00 |
|  |  |  | **SUBTOTALS** |  | **$6,586.71** | **$9,223.91** |  |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 04-23170-AJM-7 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2315 | Money Market Acct #: | ******3170 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 12/21/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/31/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $9,223.91 | $9,223.91 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,601.18 | $9,223.91 | |
| | | | Subtotal | | $6,622.73 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,622.73 | $0.00 | |

| For the period of 12/21/2004 to 8/31/2010 | | For the entire history of the account between 05/12/2006 to 8/31/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,622.73 | Total Compensable Receipts: | $6,622.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,622.73 | Total Comp/Non Comp Receipts: | $6,622.73 |
| Total Internal/Transfer Receipts: | $2,601.18 | Total Internal/Transfer Receipts: | $2,601.18 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $9,223.91 | Total Internal/Transfer Disbursements: | $9,223.91 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 04-23170-AJM-7 | **Trustee Name:** | Randall L. Woodruff |
| **Case Name:** | ARIAS, CARLOS EUGENIO AND ARIAS, SAMANTHA RAE | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2315 | **Money Market Acct #:** | ******3170 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** | MMA |
| **For Period Beginning:** | 12/21/2004 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 8/31/2010 | **Separate bond (if applicable):** |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $9,223.91 | $9,223.91 | $0.00 |

**For the period of 12/21/2004 to 8/31/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,223.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,223.91 |
| Total Internal/Transfer Receipts: | $11,825.09 |
| | |
| Total Compensable Disbursements: | $9,223.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,223.91 |
| Total Internal/Transfer Disbursements: | $11,825.09 |

**For the entire history of the case between 12/21/2004 to 8/31/2010**

| | |
|---|---|
| Total Compensable Receipts: | $9,223.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,223.91 |
| Total Internal/Transfer Receipts: | $11,825.09 |
| | |
| Total Compensable Disbursements: | $9,223.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,223.91 |
| Total Internal/Transfer Disbursements: | $11,825.09 |